IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| | : | Case No.: 08-031-M-01 |
| v. | : | |
| | : | |
| DAVID ELIGIO FLYTHE, | : | |
|    Defendant. | : | |

**<u>MOTION FOR SUBSTITUTION OF COUNSEL</u>**

COMES NOW, the Accused, DAVID ELIGIO FLYTHE, and respectfully moves this Court to substitute Robert L. Jenkins, Jr., Esq., for the Federal Public Defender Service.

                Respectfully submitted,

                DAVID ELIGIO FLYTHE
                By Counsel

I ASK FOR THIS:


_____/S/_____
ROBERT L. JENKINS, JR.
Bynum & Jenkins, PLLC
U.S. District Court Bar No.:  CO0003
901 North Pitt Street, #320
Alexandria, Virginia  22314
(703) 549 7211 Telephone
(703) 549 7701 Fax
rjenkins@bynumandjenkinslaw.com
Counsel for Defendant DAVID ELIGIO FLYTHE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| | : |
| | : Case No.: 08-031-M-01 |
| v. | : |
| | : |
| DAVID ELIGIO FLYTHE, | : |
| Defendant. | : |

## ORDER OF SUBSTITUTION

Upon motion by the Accused, and without objection, it is hereby ORDERED that Robert L. Jenkins, Jr., Esq. is substituted as counsel for the Accused in place of the Federal Public Defender Service.

**SO ORDERED**.

ENTERED this _____ day of _____, 2008.

_____

U.S. Magistrate Judge