UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on November 15, 2007

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | CRIMINAL NO. |
| | : | |
| v. | : | MAGISTRATE NO. 08-0031M-01(CR) |
| | : | |
| | : | VIOLATION: |
| **DAVID FLYTHE,** | : | 21 U.S.C. §841(a)(1) |
| Defendant. | : | and §841(b)(1)(A)(iv) |
| | : | (Unlawful Possession With Intent to |
| | : | Distribute of 100 Grams or More of |
| | : | Phencyclidine) |
| | : | 18 U.S.C. §924(c)(1) |
| | : | (Using, Carrying and Possessing a |
| | : | Firearm During a Drug Trafficking |
| | : | Offense) |
| | : | 21 U.S.C. §844(a) |
| | : | (Simple Possession of a Controlled |
| | : | Substance) |

**I N D I C T M E N T**

The Grand Jury charges that:

**COUNT ONE**

On or about January 15, 2008, within the District of Columbia, **DAVID FLYTHE**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of phencyclidine, also known as PCP, a Schedule II controlled substance, and the amount of said mixture and substance was 100 grams or more.

(**Unlawful Possession With Intent to Distribute 100 grams or More of Phencyclidine**, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(iv))

**COUNT TWO**

On or about January 15, 2008, within the District of Columbia, **DAVID FLYTHE**, did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is Count One of this Indictment which is incorporated herein, a firearm, that is, a Romarm 7.62x39 semi-automatic rifle, a 12 gauge shot gun, and a Desert Eagle 9mm semi-automatic pistol.

>  (**Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Sections 924(c)(1))

**COUNT THREE**

On or about January 15, 2008, within the District of Columbia, **DAVID FLYTHE**, did unlawfully, knowingly and intentionally possess a mixture and substance containing a detectable amount of cannabis, also known as marijuana, a Schedule I controlled substance.

>  (**Simple Possession of a Controlled Substance**, in violation of Title 21, United States Code, Section 844(a))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia.