**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

FILED IN OPEN COURT

**Holding a Criminal Term**

MAR 1 1 2008

Grand Jury Sworn in on November 15, 2007

CLERK, U.S. DISTRICT COURT
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 08-028(ESH)** |
| | : | |
| v. | : | **GRAND JURY ORIGINAL** |
| | : | |
| | : | **VIOLATION:** |
| **DAVID FLYTHE,** | : | **21 U.S.C. § 841(a)(1)** |
| **Defendant.** | : | **and § 841(b)(1)(B)(iv)** |
| | : | **(Unlawful Possession With Intent to** |
| | : | **Distribute 100 Grams or More of a** |
| | : | **Mixture and Substance Containing** |
| | : | **a Detectable Amount of Phencyclidine)** |
| | : | **18 U.S.C. § 924(c)(1)** |
| | : | **(Using, Carrying and Possessing a** |
| | : | **Firearm During a Drug Trafficking** |
| | : | **Offense)** |
| | : | **21 U.S.C. § 844(a)** |
| | : | **(Simple Possession of a Controlled** |
| | : | **Substance)** |

ELLEN SEGAL HUVELLE, ESH

## **I N D I C T M E N T**

The Grand Jury charges that:

### **COUNT ONE**

On or about January 15, 2008, within the District of Columbia, **DAVID FLYTHE** did

unlawfully, knowingly, and intentionally possess with intent to distribute a mixture and substance

containing a detectable amount of phencyclidine, also known as PCP, a Schedule II controlled

substance, and the amount of said mixture and substance was 100 grams or more.

> **(Unlawful Possession With Intent to Distribute 100 grams or More of a Mixture and
> Substance Containing a Detectable Amount of Phencyclidine**, in violation of Title 21,
> United States Code, Section(s) 841(a)(1) and 841(b)(1)(B)(iv))



SUPERSEDING
Case Related To: CR 08-028(ESH)

## COUNT TWO

On or about January 15, 2008, within the District of Columbia, **DAVID FLYTHE** did unlawfully and knowingly use, and carry during and in relation to, and possess in furtherance of, a drug trafficking offense, for which he may be prosecuted in a court of the United States, that is Count One of this Indictment which is incorporated herein, a firearm, that is, a Romarm 7.62x39 semi-automatic rifle, a 12 gauge shot gun, and a Desert Eagle 9mm semi-automatic pistol.

> **(Using, Carrying and Possessing a Firearm During a Drug Trafficking Offense**, in violation of Title 18, United States Code, Section(s) 924(c)(1))

## COUNT THREE

On or about January 15, 2008, within the District of Columbia, **DAVID FLYTHE** did unlawfully, knowingly, and intentionally possess a mixture and substance containing a detectable amount of cannabis, also known as marijuana, a Schedule I controlled substance.

> **(Simple Possession of a Controlled Substance**, in violation of Title 21, United States Code, Section(s) 844(a))

A TRUE BILL:


FOREPERSON


Attorney of the United States in
and for the District of Columbia.

2