## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO.  08-028(ESH)** |
| | : | |
| v. | : | **VIOLATIONS: 21 U.S.C. §841(a)(1)** |
| | : | **and §841(b)(1)(C)** |
| **DAVID FLYTHE,** | : | **(Unlawful Possession With Intent to** |
| | : | **Distribute Phencyclidine)** |
| **Defendant.** | : | |

### I N F O R M A T I O N

The United States Attorney charges that:

### COUNT ONE

On or about January 15, 2008, within the District of Columbia, **DAVID FLYTHE**, did unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of phencyclidine, also known as PCP, a Schedule II controlled substance.

(**Unlawful Possession With Intent to Distribute Phencyclidine**, in violation of Title 21, United States Code, Sections  841(a)(1) and 841(b)(1)(C))

JEFFREY A. TAYLOR
United States Attorney
Bar No. 498610

BY:    _____/s/_____
DAVID SAYBOLT
Assistant United States Attorney
Federal Major Crimes Section
555 4th Street, NW, Room 4840
Washington, DC 20530
(202) 307-6080
David.Saybolt@usdoj.gov