AO 455 (Rev. 5/85) Waiver of Indictment

# United States District Court

DISTRICT OF Columbia

FILED
APR 1 4 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

WAIVER OF INDICTMENT

CASE NUMBER: 08-028 (ESH)

I, David Flythe, the above named defendant, who is accused of

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on April 14, 2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

*David Flythe*
Defendant

*[signature]*
Counsel for Defendant

Before *[signature]*
Judicial Officer