UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL NO. 08-028 (ESH)** |
| | : | |
| **v.** | : | |
| | : | |
| **DAVID FLYTHE,** | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and Assistant United States Attorney David Saybolt, hereby informs the Court that he is entering his appearance in this matter on behalf of the United States.

        Respectfully submitted,

        JEFFREY A. TAYLOR
        United States Attorney


        _____/s/_____
        WILLIAM WOODRUFF
        Assistant United States Attorney
        Federal Major Crimes , Bar No. 481-039
        555 4th Street, NW, Room 4840
        Washington, DC 20530
        202-307-6080
        William.Woodruff@usdoj.gov