## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 08-028 (ESH) |
| | : | |
| v | : | |
| | : | |
| DAVID FLYTHE | : | |
| | : | |

### UNITED STATES UNOPPOSED MOTION TO CONTINUE SENTENCING

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests that the Court continue the sentencing set for Thursday, July 31, to a date convenient to the Court. A list of available dates for both parties is set forth below.

On April 17, 2008, defendant pled guilty before a magistrate judge to an information charging one count of Possession with Intent to Distribute Phencyclidine, in violation of 21 U.S.C. § 841 (a)(1) and (b)(1)(C). Sentencing was set down before this Court for July 31, 2008, at 9:30 a.m.

Recently, the undersigned assistant learned that his wife will require a medical procedure on the morning of July 31, 2008, and will be unavailable for sentencing. Defense counsel does not oppose the motion. The parties have conferred and suggest the following alternative dates: August 19; August 26-29; September 2, 4, 10 and 11.

WHEREFORE, the United States respectfully requests that the Court grant the government's unopposed motion to continue sentencing.

>Respectfully submitted,
>
>JEFFERY A. TAYLOR
>United States Attorney
>
>  /s/ David P. Saybolt
>DAVID P. SAYBOLT
>Assistant United States Attorney
>Homicide Section
>VA Bar No 44518
>555 4th Street, N.W.  #9108
>Washington, DC 20530
>(202) 514-7585; Fax: 353-9415
>David.Saybolt@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 08-028 (ESH)** |
| | : | |
| v | : | |
| | : | |
| **DAVID FLYTHE** | : | |
| | : | |

### ORDER

Upon consideration of the United States' Unopposed Motion to Continue Sentencing, a review of the entire record, and good cause having been shown, the United States' motion is hereby GRANTED, and the sentencing date in this matter previously set for July 31, 2008, is hereby continued until the _____ day of _____, 2008, at _____ .

SO ORDERED.

_____        _____
Date                                The Honorable Ellen S. Huvelle
                                    District Court Judge