# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA     :    CRIMINAL NO.  08-028 (ESH)

           v             :

DAVID FLYTHE             :

**FILED**

**JUL 3 1 2008**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## ORDER

Upon consideration of the United States' Unopposed Motion to Continue Sentencing, a review of the entire record, and good cause having been shown, the United States' motion is hereby GRANTED, and the sentencing date in this matter previously set for July 31, 2008, is hereby continued until the _26_ day of _August_ 2008, at _10:30_. _a.m._
_10:30_

SO ORDERED.

_7/31/08_
Date

_E S Huvelle_
The Honorable Ellen S. Huvelle
District Court Judge

3